**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| LITTCO METALS, LLC | CASE NO. 23-10069-SDM |

| | |
|---|---|
| JASON RICHARD LITTRELL AND WILLIAM L FAVA, TRUSTEE FOR LITTCO METALS, LLC D/B/A LITTCO, LLC, LITTCO METALS EQUIPMENT LEASING, INC., AND LITTCO METALS MANAGEMENT CO. | PLAINTIFFS |
| VS. | ADV. PROCEEDING NO: 24-01024-SDM |
| TYLER BURGESS; TONIA ETOH; INTERNATIONAL DEVELOPMENT SERVICES, INC.; INTERNATIONAL SERVICES, INC.; TAVAS, LLC; PENHURST CAPITAL, INC.; TIM WILLITS; NATHAN FREE; JEROLD WEISSBERG; ROBERT LEGON; BRUCE BUSH; DALE JOHNSTON; JAMES PETERS; BYZFUNDER NY, LLC; NEWCO CAPITAL GROUP IV, LLC; MEHANDI VAKIL; WISE VENTURE, LLC; STEVEN MARKOWITZ, JR.; SAMSON, MCA, LLC; CLOUDFUND, LLC D/B/A SAMSON GROUP; UNIQUE FUNDING SOLUTIONS, LLC; YAAKOV WINOGRAD; PROSPERUM CAPITAL PARTNERS, LLC D/B/A ARSENAL FUNDING; JOHN AND JANE DOES 1-10; AND ENTITY DOES 1-5 | DEFENDANTS |

### ***RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE***

---

### MOTION TO WITHDRAW REFERENCE

---

Defendants, Tyler Burgess, Tonia Etoh, International Development Services, Inc., International Services, Inc., Tavas, LLC, Penhurst Capital, Inc., Nathan Free, Jerold Weissberg, Robert Legon, Bruce Bush, Dale Johnston and James Peters (collectively "IDS Defendants"), by and through counsel, submit this Motion to Withdraw Reference.

1. Seemingly in an attempt to avoid stringent RICO pleadings requirements set forth in rule 83.8 of the Local Uniform Civil Rules of the Northern and Southern Districts of Mississippi ("L.U.Civ.R."), plaintiffs have filed a ten count adversary proceeding in Bankruptcy Court, consisting solely of non-core claims, that should be adjudicated by the District Court.

2. As set forth in detail in the memorandum contemporaneously filed with this motion, the IDS Defendants seek withdrawal of the reference of the adversary proceeding so that the District Court can fully adjudicate this proceeding. Because plaintiffs have asserted federal RICO claims which will present substantial and material issues regarding the interpretation of the federal RICO statute, withdrawal is mandatory.

3. Alternatively, the District Court should, in its discretion, withdraw the reference of the adversary proceeding for cause.

4. In support of this motion, the IDS Defendants attach the following exhibits:

    **Exhibit 1**: Printout from Mississippi Secretary of State's website for Littco, LLC

    **Exhibit 2**: Printout from Mississippi Secretary of State's website for Littco Metals Management Co.

    **Exhibit 3**: Printout from Mississippi Secretary of State's website for Littco Metals Equipment Leasing, Inc.

WHEREFORE, PREMISES CONSIDERED, the IDS Defendants ask the District Court to withdraw the reference of this adversary proceeding from the Bankruptcy Court.

Respectfully submitted this 10th day of January 2025.

Tyler Burgess, Tonia Etoh, International Development Services, Inc., International Services, Inc., Tavas LLC, Penhurst Capital, Inc., Tim Willits, Nathan Free, Jerold Weissberg, Robert Legon, Bruce Bush, Dale Johnston and James Peters

By:   /s/ Stephanie M. Rippee
Jim F. Spencer, Jr. (MSB #7736)
William F. Ray (MSB #4654)
Stephanie M. Rippee (MSB #8998)
Watkins & Eager PLLC
P.O. Box 650
Jackson, Mississippi 39205
(601) 965-1900
jspencer@watkinseager.com
wray@watkinseager.com
srippee@watkinseager.com

Michel P. Connelly (*admitted pro hac vice*)
Sagar P. Thakkar (*admitted pro hac vice*)
Cory D. Anderson (*admitted pro hac vice*)
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker, Floor 19
Chicago, Illinois 60606
Telephone: (312) 494-1000
Facsimile: (312) 494-1001
mconnelly@rfclaw.com
sthakkar@rfclaw.com
canderson@rfclaw.com

OF COUNSEL:

**WATKINS & EAGER PLLC**
P.O. BOX 650
JACKSON, MISSISSIPPI 39205
(601) 965-1900

**ROCK FUSCO & CONNELLY, LLC**
333 W. Wacker, Floor 19
Chicago, Illinois 60606
Telephone: (312) 494-1000
Facsimile: (312) 494-1001

## CERTIFICATE OF SERVICE

I, Stephanie M. Rippee, do hereby certify that I have caused to be served the above and foregoing pleading on all parties requesting notice by using the ECF filing system of the court.

This 10th day of January 2025.

*/s/ Stephanie M. Rippee*
Stephanie M. Rippee